OPINION — AG — **** OIL AND GAS LEASE — RELEASE — REINSTATEMENT **** THE COMMISSIONER OF THE LAND OFFICE WOULD BE AUTHORIZED TO CANCEL THE SUBJECT RELEASES AND, IN EFFECT, REINSTATE THE OIL AND GAS LEASES IF THEY FIND AND CONCLUDE FROM ALL THE EVIDENCE BEFORE THEM THAT THE RELEASES WERE EXECUTED AND DELIVERED BY REASON OF INADVERTENCE AND MISTAKE. CITE: 15 O.S. 1961 2 [15-2], 15 O.S. 1961 51 [15-51], 15 O.S. 1961 66 [15-66] (W. J. MONROE)